UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Criminal No. 04-80370

    Honorable John Corbett O'Meara
    Mag. Judge Donald A. Scheer

HOUDA MOHAMAD BERRO (D-15),

    Defendant.
_____/

**AFFIDAVIT OF PUBLICATION**

# Affidavit of Publication

IN THE MATTER OF
U.S. v HOUDA MOHAMAD BERRO

NOTICE OF PRELIMINARY
ORDER OF FORFEITURE
This is an advertisement required by Title 21 U. S. C. 853(n).
UNITED STATES v. HOUDA MOHAMAD BERRO, Criminal No. 04-80370
In the District Court of the United States for the Eastern District of Michigan, Southern Division, notice is hereby given that on December 15, 2006, a Preliminary Order of Forfeiture was entered by the United States District Court forfeiting to the United States of America and its assignees interest in each of the following property:
4926 Orchard, Dearborn, Michigan, more fully described as:
Lot 99 and 1/2 Adjacent Vacated Alley, Orchard Boulevard Subdivision as Recorded in Liber 33, Page 13 of Plats, Wayne County Records. Parcel ID: 82-10-081-29-033. Titled in the name of Houda Berro
Any person who wishes to assert a legal interest in the above-listed property may, within 30 days of the final publication of this notice, or of the receipt of this notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of said interest. The petition shall be signed by the petitioner under the penalty of perjury and shall set forth: (1) the nature and extent of the petitioner's right, title, or interest to the above-listed property; (2) the time and circumstances of the petitioners acquisition of the right, title, and interest; and (3) any additional facts supporting the petitioner's claim, and the relief sought. The address of the Court is:
  United States District Court
  Clerk of the Court
  Eastern District of Michigan
  231 W. Lafayette
  Detroit, Michigan 48226
A copy of the petition must be served on the United States Attorney at the following address:
  United States Attorney
  ATTN: Julie A.. Beck
  Assistant U.S. Attorney
  211 W. Fort Street, Suite 2001
  Detroit, Michigan 48226-3211
If no petitions are received within the time provided by this notice, the above-listed property will be disposed of by the United States in accordance with the applicable statutes.
(1-3)(1-17)

STATE OF MICHIGAN
COUNTY OF WAYNE}

Ann Gjolaj being duly sworn, deposes and says that a notice, a true copy of which is annexed hereto, was published in: Detroit Legal News, a newspaper printed and circulated in said State and County, on: January 3. January 10. January 17 A.D., 2007, and that she is the principal clerk of the printers of said newspaper and knows the facts stated herein.

_____
Ann Gjolaj

Subscribed and sworn before me this 17th day of January, A.D., 2007

_____
Pushpa Jayaprakash Notary Public Oakland County, Michigan
My Commission expires April 4, 2011
Acting in Wayne County Michigan