**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

DIANE KUNTZ
(513) 564-7014
(FAX) 564-7096
www.ca6.uscourts.gov

Filed: May 16, 2007

David J. Weaver
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226

RE: 07-1002
USA vs. Berro
District Court No. 04-80370

FILED
MAY 21 2007
CLERK'S OFFICE
DETROIT

Enclosed please find a certified copy of the Court's order entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk

(Ms.) Diane Kuntz
Case Manager

Enclosure

cc:
Honorable John Corbett O'Meara
Ms. Cathleen M. Corken
Houda Mohamad Berro
Mr. James M. Fox



UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ORDER

**FILED**

MAY 1 6 2007

LEONARD GREEN, Clerk

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

HOUDA MOHAMAD BERRO

    Defendant - Appellant



Judge O'meara
04-80370
FILED
MAY 21 2007
CLERK'S OFFICE
DETROIT

    Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

    It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT.
Leonard Green, Clerk

/ldk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By _____
    Deputy Clerk